UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-21433-BLOOM/Otazo-Reyes

ARMIN ISIP, et al.,
*individually and on behalf of all others similarly situated*

      Plaintiffs,

v.

INDEPENDENT LIVING SYSTEMS, LCC,

      Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On May 26, 2023, the Court granted Defendant's Unopposed Motion to Stay Case Pending Resolution of Motion to Consolidate in First-Filed Action. ECF No. [23].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED**.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. The parties may file a motion to lift the stay and reopen the case upon a ruling on the Motion to Consolidate, or upon otherwise appropriate circumstances.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 29, 2023.

                                                                                                   _____
                                                                                                   **BETH BLOOM**
                                                                                **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record